```
CHARLES ALLEN GADDIS, JR        H&P LEASING                     TRIVERITY
29 PARK PLACE                   PO BOX 1599                     26263 FOREST BLVD
APT 715                         BRANDON, MS 39043               WYOMING, MN 55092
HATTIESBURG, MS 39402


THOMAS C. ROLLINS, JR.          HATTIESBURG CLINIC              TRUSTMARK
THE ROLLINS LAW FIRM, PLLC      415 S 28TH AVE                  PO BOX 23072
P.O. BOX 13767                  HATTIESBURG, MS 39401           JACKSON, MS 39225-3072
JACKSON, MS 39236


ANTHONY MCMOORE                 KEESLER FCU                     TRUSTMARK BANK
107 WAVERLY CIR                 ATTN: BANKRUPTCY DEPT           300 E PINE ST
HATTIESBURG, MS 39402           2602 PASS RD                    HATTIESBURG, MS 39401
                                P.O.BOX 7001
                                BILOXI, MS 39531


BIG BOYS MECHANIC SHOP          SANTANDER CONSUMER USA          US ATTORNEY GENERAL
3445 ELLISVILLE BLVD            ATTN: BANKRUPTCY                US DEPT OF JUSTICE
LAUREL, MS 39443                PO BOX 961211                   950 PENNSYLVANIA AVENW
                                FORT WORTH, TX 76161            WASHINGTON, DC 20530-00


CAPITAL ONE                     SBA
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY DEPT
P.O. BOX 30285                  409 3RD ST SW
SALT LAKE CITY, UT 84130        WASHINGTON, DC 20416


CENTRAL SUNBELT FCU             SBA
1857 LINCOLN RD                 C/O US ATTORNEY'S OFFI
HATTIESBURG, MS 39401           501 E COURT ST
                                STE. 4.430
                                JACKSON, MS 39201


DISCOVER FINANCIAL              SMITH ROUCHON & ASSOC
ATTN: BANKRUPTCY                SRA
PO BOX 3025                     1456 ELLIS AVE
NEW ALBANY, OH 43054            JACKSON, MS 39204


FAMILY CHOICE FINANCIA          SUNBELT FEDERAL CU
2902 HARDY ST                   ATTN: BANKRUPTCY
STE 30                          6885 US HWY 49
HATTIESBURG, MS 39401           HATTIESBURG, MS 39402


GREGORY MARTIN                  SYNCHRONY
22 WHIP SAW LOOP                ATTN: BANKRUPTCY
HATTIESBURG, MS 39401           PO BOX 965064
                                ORLANDO, FL 32896
```