Certificate Number: 17082-MSS-DE-040220669

Bankruptcy Case Number: 25-51513



17082-MSS-DE-040220669

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2025, at 7:14 o'clock PM MST, CHARLES A GADDIS Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  October 20, 2025

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director