United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51513-KMS
Charles Allen Gaddis, Jr Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jan 29, 2026     Form ID: 318     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Allen Gaddis, Jr, 29 Park Place, Apt 715, Hattiesburg, MS 39402-1566 |
| cr | + | Family Choice Financial, Inc. - Hattiesburg Branch, 2902 Hardy Street, Ste 30, Hattiesburg, MS 39401-7031 |
| 5573627 | + | Anthony Mcmoore, 107 Waverly Cir, Hattiesburg, MS 39402-8646 |
| 5574385 | + | B. Joey Hood, II, Esq., B. Joey Hood II, Attorney at Law, PLLC, Atty for Family Choice Financial Inc. Ha, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5573628 | + | Big Boys Mechanic Shop, 3445 Ellisville Blvd, Laurel, MS 39443-1815 |
| 5573633 | + | Gregory Martin, 22 Whip Saw Loop, Hattiesburg, MS 39401-6533 |
| 5573634 | + | H&P Leasing, PO Box 1599, Brandon, MS 39043-1599 |
| 5573641 | | Sunbelt Federal CU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5573645 | + | Trustmark Bank, 300 E Pine St, Hattiesburg, MS 39401-2141 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Jan 30 2026 00:34:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5573629 | + | EDI: CAPITALONE.COM | Jan 30 2026 00:34:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5573631 | + | EDI: DISCOVER | Jan 30 2026 00:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5573632 | | Email/Text: rrush@familychoicefinancial.com | Jan 29 2026 19:36:00 | Family Choice Financia, 2902 Hardy St, Ste 30, Hattiesburg, MS 39401 |
| 5573635 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jan 29 2026 19:37:00 | Hattiesburg Clinic, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5573636 | + | Email/Text: melissa.martin@kfcu.org | Jan 29 2026 19:37:00 | Keesler FCU, Attn: Bankruptcy Dept, 2602 Pass Rd, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5573639 | + | Email/Text: ebone.woods@usdoj.gov | Jan 29 2026 19:37:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5573638 | + | Email/Text: bankruptcynotices@sba.gov | Jan 29 2026 19:36:00 | SBA, Attn: Bankruptcy Dept, 409 3rd St Sw, Washington, DC 20416-0005 |
| 5573630 | | Email/Text: member.solutions@sunbeltfcu.org | Jan 29 2026 19:36:00 | Central Sunbelt FCU, 1857 Lincoln Rd, Hattiesburg, MS 39401 |
| 5573637 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 29 2026 19:37:00 | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 5573640 | + | Email/Text: Tracey@sra-inc.net | Jan 29 2026 19:37:00 | Smith Rouchon & Assoc, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5573642 | + | EDI: SYNC | Jan 30 2026 00:34:00 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 318 | Total Noticed: 24 |

| 5573644 | Email/Text: bankruptcynotices@trustmark.com | | |
| | | Jan 29 2026 19:36:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5573643 | ^ MEBN | | |
| | | Jan 29 2026 19:34:23 | Triverity, 26263 Forest Blvd, Wyoming, MN 55092-8033 |
| 5573646 | ^ MEBN | | |
| | | Jan 29 2026 19:34:19 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Hattiesburg Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Charles Allen Gaddis Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Charles Allen Gaddis Jr** | Social Security number or ITIN   **xxx−xx−1620** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25−51513−KMS** | | |

## Order of Discharge                                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   **Charles Allen Gaddis Jr**

   Dated: 1/29/26               **By the court:**  /s/Katharine M. Samson
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**